IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Rackim Lavan Williams, ) | C/A No.: 8:12-365-JFA |
| ) | |
| Plaintiff, ) | ORDER RELIEVING |
| ) | PLAINTIFF'S COUNSEL |
| v. ) | AND ADVISING PLAINTIFF |
| ) | OF HIS RIGHT TO APPEAL |
| Percy Jones; Aaron Wilson; Herman Wright; ) | |
| Randall Brown; Scotty Toland; ) | |
| Edwin Hambrick; and Kenneth Parker, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The jury having returned its verdict in this case, and this court having denied all of plaintiff's post-trial motions, the court hereby relieves Amanda Pittman from any further duties or responsibilities in this case.

Plaintiff, Rackim Lavan Williams, is hereby notified that if he wishes to take an appeal in this case, he must do so as a *pro se* litigant. Any notice of appeal must be filed with the Clerk of this Court within thirty (30) days from July 1, 2013.

IT IS SO ORDERED.

*[signature: Joseph F. Anderson, Jr.]*

July 3, 2013                    Joseph F. Anderson, Jr.
Columbia, South Carolina        United States District Judge